# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DANIEKA PETIT-BLANC

VERSUS

QUANISHA R. CHARLES AND
STATE FARM MUTUAL INSURANCE
COMPANY

NO.   2020 CW 0950

**DECEMBER 21, 2020**

---

In Re:     Quanisha R. Charles and State Farm Mutual Automobile
           Insurance Company, applying for supervisory writs,
           32nd Judicial District Court, Parish of Terrebonne,
           No. 187520.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED.**

**VGW**
**WRC**

     **Welch, J.,** dissents.   In light of the amendment to La. R.S.
13:950, I would grant the writ and reverse the district court's
September 8, 2020 judgment which denied the exception of
prescription filed by defendant, State Farm Mutual Automobile
Insurance Company.   La. R.S. 13:850 requires that the original
petition and applicable fees be delivered to the clerk of court
within seven days, exclusive of holidays, after the clerk of
court receives the facsimile filing of the petition.   The
notice of the facsimile filing issued by the clerk of court
herein evidences that it received the facsimile filing on
November 13, 2019.   Accordingly, the applicable seven day delay
pursuant to La. R.S. 13:850 for delivery of the original
petition and fees was November 22, 2019.   Although the petition
was stamped filed on November 26, 2019, the evidence showed that
the clerk of court received the cover letter sent with the
original petition and fees on November 25, 2019, which fell
outside of the seven day period, and therefore, the facsimile
filing was of no force or effect.   The petition alleged the
accident at issue herein occurred on November 18, 2018.
Delictual actions are subject to a liberative prescription of
one year.   La. Civ. Code art. 3492.   Accordingly, even if the
petition could be deemed filed on the date the letter and
enclosed petition were received by the clerk of court on
November 25, 2019, it was filed after the one year time period
for filing suit.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
   FOR THE COURT